1

2

3

4

5                                     UNITED STATES DISTRICT COURT

6                                   NORTHERN DISTRICT OF CALIFORNIA

7

8    EDWARD D. JONES,                                    No. C 11-1340 SI (pr)

9              Plaintiff,                                **ORDER EXTENDING DEADLINE**

10        v.

11   RAYMOND JACOBS,

12             Defendants.

                                                   /
13

14        Edward D. Jones, an inmate at Corcoran State Prison, filed this pro se prisoner's civil

15   rights action under 42 U.S.C. § 1983, complaining of acts and omissions that occurred almost

16   eight years before the complaint was filed. The court issued an "Order To Show Cause Re.

17   Statute Of Limitations Problem" to which Jones was to file a response by July 29, 2011. Jones

18   has filed several requests for an extension of that deadline. Upon due consideration, Jones'

19   requests for extension of time to file his response are GRANTED. (Docket #s 13, 14, 16, 17,

20   18, 19, 20, 22, and 25.) Jones must file his response to the Order To Show Cause no later than

21   **October 28, 2011**. No further extensions of the deadline should be expected because, by the

22   time that extended deadline arrives, Jones will have had more than four months to prepare his

23   response.

24        IT IS SO ORDERED.

25   Dated: September 15, 2011                        _____

26                                                    SUSAN ILLSTON
                                                      United States District Judge
27

28

*United States District Court*
*For the Northern District of California*