**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD D. JONES, | No. C 11-1340 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| RAYMOND JACOBS, | |
| Defendants. | |

This action is dismissed because it is barred by the statute of limitations.

IT IS SO ORDERED AND ADJUDGED.

Dated: November 2, 2011

_____
SUSAN ILLSTON
United States District Judge